IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FELICITY ROSS, §<br>  PLAINTIFF §<br> §<br>V. §<br> §<br>EPC MULTIFAMILY PARTNERS, V §<br>LLC D/B/A ALENA APARTMENTS, §<br>EPC MULTIFAMILY PARTNERS IV, §<br>LLC D/B/A ALENA APARTMENTS, §<br>CINUK-EPC PJV, LLC D/B/A §<br>ALENA APARTMENTS, CINUK-EPC §<br>HOLDINGS, LLC D/B/A ALENA §<br>APARTMENTS, AND GERARDO §<br>ALFREDO MAHUAD, INDIVIDUALLY §<br>  DEFENDANTS § | Civil Action 3:25-cv-01624<br><br>JURY DEMANDED |

## DEFENDANTS' NOTICE OF REMOVAL

### I. INTRODUCTION

Pursuant to 28 U.S.C. § 1441, *et seq.*, this civil action is removed from the 134th Judicial District Court of Dallas County, Texas, where this matter was pending under Cause No. DC-25-08303 and styled Plaintiff, FELICITY ROSS vs. Defendants EPC MULTIFAMILY PARTNERS, V, LLC d/b/a ALENA APARTMENTS LLC, EPC MULTIFAMILY PARTNERS IV, LLC d/b/a ALENA APARTMENTS LLC, CINUK-EPC PJV, LLC d/b/a ALENA APARTMENTS LLC, CINUK-EPC HOLDINGS, LLC d/b/a ALENA APARTMENTS LLC, and GERARDO ALFREDO MAHUAD (the "State Court Action"). The corporate entity Defendants, being the only properly named Defendants, hereby file their Notice of Removal.

### II. NATURE OF THE SUIT

1.   This case is a personal injury case in which the Plaintiff alleges that she was injured because of alleged mold in her apartment. Plaintiff, in her initial state court petition, asserts claims based on misrepresentation, negligence, negligence per se, unconscionable conduct, common law

**DEFENDANTS' NOTICE OF REMOVAL – PAGE 1**

fraud, statutory fraud, breach of contract, statutory violations, and failure to repair or remedy under Texas Property Code Chapter 92, Subchapter B. Plaintiff seeks monetary relief in an amount of "over $100,000.00 but less than $200,000.00" *Plaintiff's Original Petition*, p. 3.

### III.    TIMELINESS OF REMOVAL

2.    Plaintiff commenced this lawsuit by filing her Original Petition on May 27, 2025. Defendants were served with the Original Petition on or about June 3, 2025, through the registered agent for Defendants. Defendants hereby file their Notice of Removal. Defendant's removal is timely because it is filed within thirty (30) days after the Defendants were served via their registered agents.  28 U.S.C. §1446.

### IV.    BASIS FOR REMOVAL JURISDICTION

3.    Removal is proper under 28 U.S.C. §§ 1441 and 1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00.

*4.*    Plaintiff is a citizen of Texas, as evidenced by her admission that she resides in the State of Texas. *See Plaintiff's Original Petition, p. 2, titled "Parties and Service."* Plaintiff concedes that "All acts by Defendants were done by its officers, agents, servants, employees, or representatives and were done with the full authorization or ratification of Defendants or were done in the *normal and routine course and scope of employment of Defendants.*" *See Plaintiff's Original Petition, p. 2, titled "Agency."*

5.    Defendant GERARDO ALFREDO MAHUAD is now and was at the time of the filing of this action a citizen of the State of Florida.

**DEFENDANTS' NOTICE OF REMOVAL – PAGE 2**

6. The corporate Defendants are now and were at the time of the filing of this action, citizens of the State of Delaware with their principal places of business in Florida. They are as follows:

   a. Defendant EPC MULTIFAMILY PARTNERS, V, LLC d/b/a ALENA APARTMENTS LLC is a citizen of the State of Delaware and has its principal place of business in Florida. The managing member of this Defendant is EPC Promecap Sponsor V LLC and is a citizen of the State of Florida. The other member, Gerardo A. Mahuad, is a citizen of the State of Florida.

   b. Defendant EPC MULTIFAMILY PARTNERS IV, LLC d/b/a ALENA APARTMENTS LLC is a citizen of the State of Delaware and has its principal place of business in Florida.

   c. Defendant CINUK-EPC PJV, LLC d/b/a ALENA APARTMENTS LLC is a citizen of the State of Delaware and has its principal place of business in Florida.

   d. Defendant CINUK-EPC HOLDINGS, LLC d/b/a ALENA APARTMENTS LLC is a citizen of the State of Delaware and has its principal place of business in Florida.

### V. THIS NOTICE IS PROCEDURALLY CORRECT

7. Defendants have attached to their Notice of Removal the documents required by 28 U.S.C. § 1446(a) and Local Rule 81.1(a)(4) as follows:

   a. Index of all documents that identifies each document and indicates the date the document was filed in state court;

   b. A copy of the docket sheet in the State Court Action; and

   c. Each document filed in the State Court Action.

8. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because Plaintiff is a citizen of Texas, and no Defendant is a citizen of Texas, the state in which the action was brought. This action is removable to this Court because this United States District Court and Division embraces the place where the State Court Action was pending. 28 U.S.C. §§ 124(c)(6), 1441(a).

9. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to all parties, and Defendants have provided to the Clerk of the 134th Judicial District Court of Dallas County, Texas, their Notice of Removal.

### VII. CONCLUSION

10. Since diversity jurisdiction exists over Plaintiff's claim as set forth herein, Defendants desire and are entitled to remove the lawsuit filed in the 134th Judicial District Court of Dallas County to the United States District Court for the Northern District of Texas, Dallas Division.

**WHEREFORE, PREMISES CONSIDERED,** Defendants remove this action from the 134th Judicial District Court of Dallas County, Texas, to this Court.

Respectfully submitted,

COWLES & THOMPSON, P.C.

By: _/s/ Casey S. Erick_
   Casey S. Erick
   Texas Bar No. 24028564

901 Main Street, Suite 3900
Dallas, Texas 75202
Tel. (214) 672-2138
Fax. (214) 672-2338
cerick@cowlesthompson.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on June 24, 2025, I served a copy of the foregoing on the party(ies) listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is cerick@cowlesthompson.com.

By: _____
Casey S. Erick